Leigh-Davis Glass
Reg. No. 24821-112
Federal Prison Camp--Victorville
P.O. Box 5100
Adelanto, CA 92301

For the Petitioner

**FILED**
DEC 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leigh-Davis Glass,
    Petitioner,

v.

Tereser A. Banks, Warden;
Michael Mukasey, U.S. Attorney General;
and the Federal Bureau of Prisons,
    Respondents.

No. to be assigned 07 2223

MOTION AND DECLARATION TO PROCEED IN FORMA PAUPERIS

COMES NOW Petitioner, Ms. Glass, who moves to proceed in forma pauperis, and argues, she does not have the funds to pay for the above-entitled action and has had to borrow money just to be able to satisfy her daily subsistence needs.

           DECLARATION IN SUPPORT

I, Leigh-Davis Glass, declare as follows:
    1. Because of my poverty I am unable to

///
///
///
///

**RECEIVED**
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1 of 2)

2

pay the costs of the above-entitled proceeding or give security therefor.

2. I have been in custody since 10-8-04, and prior to that, was in and out of custody (under the same indictment,) since 2002. Therefore, I have not been employed for years.

3. I have not received any income, from any source, in the past twelve months. Other than prison performance pay, all the money I have received has been loans, because, (as explained in paragraph 5,) I did not even have enough money to purchase necessities, and was in default on paying court ordered payments.

4. I think 1993 was the last year I filed an income tax return, and $12,000 was the gross income; but I do not remember.

5. I have had to borrow money, in order to purchase necessities in prison, such as: soap, food, toothpaste, clothes, allergy medicine, and stamps. In fact, I have NOT had enough money to purchase necessary medicine. Now, I am in default on paying my restitution and court ordered special assessments. I filed bankruptcy two (2) months ago.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Date: 11-15-07                    BY: L.D. Glass

Leigh-Davis Glass, Declarant

///

///

///

2 of 2