UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Leigh-Davis Glass, | ) |
|     Petitioner, | ) ) ) |
| v. | )    Civil Action No. 07 2223 |
| Tereser A. Banks, Warden *et al.*, | ) ) ) |
|     Respondents. | ) |

TRANSFER ORDER

Petitioner, a prisoner at the Victorville Federal Prison Camp in Adelanto, California, seeks a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla*, 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 28 day of November 2007,

ORDERED that pursuant to 28 U.S.C. § 1406, this case is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Ellen S. Huvelle
United States District Judge